UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK LEMANN | CIVIL ACTION |
| VERSUS | NO: 15-3329 |
| MIDWEST RECOVERY FUND, LLC, ET AL. | SECTION: "J"(5) |

### JUDGMENT

Considering the Court's Order and Reasons dated November 19, 2015 (R. Doc. 21), and the Court's Order and Reasons dated October 19, 2016 (R. Doc. 60) filed herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants, Midwest Recovery Fund, LLC, CJC Portfolio Management, LLC, and Christopher J. Collins against Plaintiff, Frederick Lemann, dismissing the Plaintiff's suit without prejudice.

New Orleans, Louisiana this 8th day of November, 2016.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE